**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

        **v.**        **Criminal Nos. 08-50007-002**

**SILVIA REYES**                                                                   **DEFENDANT**

**O R D E R**

Now on this 21st day of February, 2008, comes on for consideration the government's **Motion To Amend Indictment** (document #64), and Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, allowing the indictment against Sylvia Reyes to be amended to reflect that the defendant's correct name is Silvia Reyes.

    **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE**